In THE United States District Court For THE District of Arizona

1

2  Kevlin omar Brown, Plaintiff      case no. CV22-00166-PHX-JAT--MHB

3

4          v.                       Motion: Rule 6 Extending Time / Court Order

5                                   ☑ FILED        ___ LODGED
                                    ___ RECEIVED   ___ COPY

6  State of Arizona                 FEB 25 2022
      Defendants
7  Mark Brnovich et al              CLERK U S DISTRICT COURT
                                    DISTRICT OF ARIZONA
8                                   BY_____ DEPUTY

9  Comes now the Defendant Kevlin omar Brown in propria persona, and hereby requests this court

10  to grant a Extention of Time and a Court Order under Fed Rules Civ Proc R6

11  for the following reasons.(1)Plaintiff has filed Inmate letter to CO III Trejo

12  who failed to foward application Informa Pauperis to inmate Banking on day of

13  01-20-22 see Exhibit A.(2)CO III Trejo would only give a copy of application

14  see Exhibit B.(3) A.D.C.- Arizona State prison Whetstone-Tucson unit CO. III

15  Trejo is hindering Plaintiff Kevlin omar Brown access to the courts that violate

16  D.O.C. policy.(4) Plaintiff is requesting a court order for A. D.O.C., A.SPC-

17  Tucson Inmate Banking to complete Informa Pauperis application.

18

19  Kevlin omar Brown #324889

20  10004 S.Wilmot Rd.                    Respectfully submitted 02-23-22

21  P.O. Box 24402

22  Whetstone-Tucson unit Bed 1-B-48     By Kevlin omar Brown

23  Tucson, Arizona 85734-4402

24

25

26

27

## Certificate of Service

1
2 | Clerk, United States District Court
3 | Sandra Day O'Connor U.S. Courthouse Suite 130
4 | 401 W. Washington ST., SPC 1
5 | Phoenix, Az 85003-2118
6
7
8
9
10
11
12
13
14
15
16
17
18
19 | Respectfully submitted 02-23-22
20
21 | By Kevin omar Brown
22
23
24
25
26
27

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

Exhibit A

*Requests are limited to one page and one issue.  NO ATTACHMENTS PERMITTED.  Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Brown Kevin O | 324889 | Whetstone-Tucson | 01-20-22 |

| TO | LOCATION |
|---|---|
| CO III Inmate Banking - | 1-B-48 |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

Brown #324889 is requesting inmate letter to be foward to inmate Banking for a 6 month banking statement for application to proceed IN Forma Pauperis by a Prisoner Civil (NON-Habeas)

Submitted Via Email 1/23/22
Will advise when Recieved
Emailed 2/7/22 For status Ths

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Kevin Omar Brown | 01-20-22 |

Have you addressed this with Department staff?   ☐ Yes   ☒ No

If yes, give the staff member's name and the date you addressed with them:

_____     _____
*(Staff Member's Name)  (Please print)*          *(Date addressed)*

received 1/23/22

***Note:*** *Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.*

Distribution:   Original – Master File
                Copy - Inmate

916-1
7/25/19

**Arizona Department of Corrections**
**Rehabilitation and Reentry**

Exhibit-A

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADCRR NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Brown Kevin O | 324889 | Whetstone-Tucson | 02-22-22 |

| TO | LOCATION |
|---|---|
| CO III TREJO | 1-B-48 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I am attempting to informally resolved the following problem: on 2-22-22 I've received from the U.S. District Court of Arizona an order to complete Application to proceed in forma pauperis and a certified six-month trust account statement, Re: I/m Brown, submitted an inmate letter, requesting foward to inmate banking Re: above information.

The problem is my counslor CO 3 - Trejo - #1291 Refused to follow the D.O. 802. policy Denying me access to the court.

Now on 2-22-22 the U.S. District Court of Arizona given me 30 days by court order to complete application to proceed in forma pauperis a certified six-month.

To resolve this issue now I have to re-submitt a new application to proceed in forma pauperis along with a certified six-month trust account statement, and a Arizona Department of Corrections memorandum by inmate banking only

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Kevin-Omar Brown | 02-22-22 |

Have you discussed this with institution staff?   ☒ Yes   ☐ No

If yes, give the staff member name:   CO III TREJO

Distribution:   INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
11/17/20